UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY CLORITE and SHORELANDS, LLC
*Plaintiffs,*

v.

Patricia Sunderland, in her capacity as Finance Director for the Town of North Kingstown,
*Defendants.*

CA 08 213S

{ R.I. Superior Court C.A. No. WC08-0375 }

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendant alleges as follows:

1. Defendant Patricia Sunderland, in her official capacity as Finance Director for the Town of North Kingstown, is a defendant in the civil action filed in Washington County Superior Court, entitled, *Timothy Clorite, et al. v. Patricia Sunderland, C.A. No. WC08-0375.*

2. Attached hereto, as Exhibit A, is a copy of the complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3. Upon information and belief, the complaint in the above described case was served on Defendant on or about May 15, 2008 and, therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in plaintiff's complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331,

and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of the sole defendant in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, Defendant shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

Defendant,
By her attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on this 30th day of May, 2008, to:

Thomas V. Moses, Esq. (#2763)
Stephen A. Izzi, Esq. (#2928)
Richard J. Welch, Esq. (#4497)
Moses Afonso Jackvony Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
(401) 453-3604 fax