UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY CLORITE and SHORELANDS, LLC<br>*Plaintiffs,*<br><br>v.<br><br>Patricia Sunderland, in her capacity as Finance Director for the Town of North Kingstown,<br>*Defendant.* | C.A. No. 08-213 |

**ANSWER ON BEHALF OF DEFENDANT, PATRICIA SUNDERLAND, IN HER CAPACITY AS FINANCE DIRECTOR FOR THE TOWN OF NORTH KINGSTOWN**

Now comes the defendant, Patricia Sunderland, in her capacity as Finance Director for the Town of North Kingstown, and answers the plaintiffs' complaint as follows:

1. This defendant admits the allegations contained in paragraphs 1, 2, 3, 4, 5 and 36 of the "introductory portion" of the plaintiffs' complaint.

2. This defendant makes no response to the allegations contained in paragraphs 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19 of the "introductory portion" of the plaintiffs' complaint and leaves plaintiffs to their proof of same.

3. This defendant denies the allegations contained in paragraphs 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34 and 35 of that "introductory portion" of the plaintiffs' complaint.

4. This defendant denies the allegations contained in paragraphs 37, 38, 39, 40, 41, 42 and 43 of Count I of the plaintiffs' complaint.

5. This defendant denies the allegations contained in paragraphs 44, 45, 46, 47 and 48 of Count II of the plaintiffs' complaint.

6. This defendant denies the allegations contained in paragraphs 49, 50, 51, 52, 53 and 54 of Count III of the plaintiffs' complaint.

7. This defendant denies the allegations contained in paragraphs 55, 56, 57, 58, 59, 60 and 61 of Count IV of the plaintiffs' complaint.

8. This defendant denies the allegations contained in paragraphs 62, 63, 64 and 65 of Count V of the plaintiffs' complaint.

9. This defendant denies the allegations contained in paragraphs 66, 67 and 68 of Count VI of the plaintiffs' complaint.

10. This defendant denies the allegations contained in paragraphs 69, 70, 71, 72, 73, 74 and 75 of Count VII of the plaintiffs' complaint.

11. This defendant denies the allegations contained in paragraphs 76, 77, 78, 79 and 80 of Count VIII of the plaintiffs' complaint.

12. This defendant denies all of the claims for relief requested by the plaintiffs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This defendant pleads absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

This defendant pleads all forms of statutory and common-law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

This defendant pleads the statutory cap on damages as a bar and restriction on the amount of damages recoverable in this matter.

### FOURTH AFFIRMATIVE DEFENSE

This defendant pleads standing as a bar to the within complaint.

**FIFTH AFFIRMATIVE DEFENSE**

This defendant pleads collateral estoppel and issue preclusion as a bar to the within complaint.

**SIXTH AFFIRMATIVE DEFENSE**

This defendant pleads the statute of limitations as a bar to the within complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

This defendant pleads release and waiver as a bar to the within complaint.

**This defendant demands trial by jury.**

Defendant,
By her attorney,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on June 2, 2008 and is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

Stephen A. Izzi, Esq. (#2928)
sizzi@mosesafonso.com

*/s/ Marc DeSisto*

Marc DeSisto