STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2008-0375 TIMOTHY CLORITE V N KINGSTOWN FINANCE DIRECTOR

Filing Date: 05-14-2008
Case Status: CLOSED AT FILING

Case Type: REAL PROPERTY
Status Date: 06-02-2008

Plaintiff: TIMOTHY CLORITE
ID: @11015078

Attorney: THOMAS MOSES
Attorney: STEPHEN IZZI
Attorney: RICHARD WELCH

Plaintiff: SHORELANDS LLC
ID: @11015081

Attorney: THOMAS MOSES
Attorney: STEPHEN IZZI
Attorney: RICHARD WELCH

Defendant: TOWN OF NORTH KINGSTOWN
ID: NKINGSTOW

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-14-2008 | COMPLAINT FILED | |
| 05-14-2008 | INITIAL FILING FEE | |
| 05-14-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCW38392. |
| 05-23-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON TOWN OF NORTH KINGSTOWN----SERVED ON 5/15/08<br>Affiliated: CLORITE, TIMOTHY M |
| 06-02-2008 | NOTICE | OF REMOVAL TO US DISTRICT COURT-------US DISTRICT CRT CASE # CA08 213S<br>Affiliated: TOWN OF NORTH KINGSTOWN |
| 06-02-2008 | CASE REMVD TO US DISTRICT CT | Affiliated: TOWN OF NORTH KINGSTOWN |
| 06-02-2008 | OTH DOCUMENT FILED AT FILING | |

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island