UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY CLORITE and SHORELANDS, LLC<br>*Plaintiffs,*<br><br>v.<br><br>Patricia Sunderland, in her capacity as Finance Director for the Town of North Kingstown,<br>*Defendant.* | C.A. No. 08-213 |

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, Esq. (#2444), hereby enter my appearance in the above-captioned matter on behalf of the defendant, Patricia Sunderland, in her capacity as Finance Director for the Town of North Kingstown.

Defendant,
By her attorney,

*/s/ Michael A. DeSisto*

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on June 19, 2008 and is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

Stephen A. Izzi, Esq. (#2928)
sizzi@mosesafonso.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto